Leon Henry CARTER, III, Appellant,

v.

CWF SOLUTIONS, LLC; Mark Novak, Appellees.

No. 09–3931.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 4, 2010.

Filed: Aug. 24, 2010.

Leon Henry Carter, III, Rush City, MN, pro se.

Paul Edward David Darsow, Arthur & Chapman, Minneapolis, MN, for Appellees.

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Minnesota inmate Leon Carter appeals from the order of the District Court[1] dismissing his 42 U.S.C. § 1983 action. The District Court concluded that Carter failed to state an Eighth Amendment claim, and the court declined to exercise jurisdiction over Carter's state-law claims. After careful de novo review, we affirm for the reasons given by the District Court. See Blankenship v. USA Truck, Inc., 601 F.3d 852, 853 (8th Cir.2010) (reviewing de novo the district court's dismissal for failure to

---

1. The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota, adopting the Report and Recommendation of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.

state a claim, accepting the allegations in the complaint as true and affording the plaintiff all reasonable inferences that can be drawn from those allegations); *see also Stone v. Harry,* 364 F.3d 912, 914 (8th Cir.2004) (explaining that pro se complaints are to be liberally construed but noting that "they still must allege sufficient facts to support the claims advanced").